■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Appellant. [28 NYS3d 873]—

Order, Supreme Court, New York County (James M. Burke, J.), entered on or about December 22, 2014, which denied defendant's Correction Law § 168-o (2) petition to modify his sex offender classification from level three to level two, unanimously affirmed, without costs.

The court providently exercised its discretion in denying a modification. The mitigating factors cited by defendant, including his age and his positive progress, are outweighed by the seriousness of the underlying crime and defendant's criminal record, including his parole violations (*see e.g. People v McCormick*, 129 AD3d 644 [1st Dept 2015], *lv denied* 26 NY3d 908 [2015]). Concur—Tom, J.P., Andrias, Manzanet-Daniels, Kapnick and Gesmer, JJ.